IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>NELSON, BRIAN T.<br>NELSON, MELISSA S.,<br><br>            Debtors. | Case No. 09-34824<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| St. Mary Medical Center<br>PO Box 3603<br>Munster, IN 46321 | $44.22 |

Dated: October 24, 2011          Respectfully submitted,

                                      /s/Jacqueline Sells Homann
                                      Jacqueline Sells Homann
                                      Jones Obenchain, LLP
                                      600 KeyBank Building
                                      202 South Michigan Street
                                      Post Office Box 4577
                                      South Bend, Indiana 46634
                                      Telephone: (574) 233-1194
                                      Facsimile: (574) 233-8957
                                      Email:      jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Dan L. Whitten<br>Whitten33@aol.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

    /s/ Jacqueline Sells Homann
Jacqueline Sells Homann